<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7335**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLYBURN LEROY MOSES,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CR-00-215, CA-01-961-1)

───────────

Submitted: November 7, 2002          Decided: November 15, 2002

───────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Clyburn Leroy Moses, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Clyburn Leroy Moses seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000).  We have reviewed the record and conclude for the reasons stated by the district court that Moses has not made a substantial showing of the denial of a constitutional right.  See United States v. Moses, Nos. CR-00-215; CA-01-961-1 (M.D.N.C. July 26, 2002).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED

2